IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv583-MHT |
| ) | (WO) |
| C & U AUTO, ) | |
| ) | |
| Defendant. ) | |

OPINION

Plaintiff filed this lawsuit asserting that the defendant auto-repair business violated his constitutional rights when it took possession of his truck because he failed to pay the bill for repairs. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the filing fee or file an application for leave to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.*

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2025.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE

---

\* The court further notes that plaintiff's complaint fails to state a claim for a violation of any amendment to the U.S. Constitution because defendant is not a state actor acting under color of state law.